IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN KIDD,<br><br>  Petitioner,<br><br>  vs.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS,<br><br>  Respondent.. | No. C 08-4315 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

This is a habeas case filed pro se by a petitioner who was a prisoner at the Alameda County Jail. Mail sent to him at the jail has been returned with a notation that it is undeliverable because he is not in custody. He has not notified the clerk of any change of address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: December   3  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\KIDD4315.DSM.wpd